NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**VIRTUAL CREATIVE ARTISTS, LLC,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

―――――――――

2024-1691

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01263.

―――――――――

**ON MOTION**

―――――――――

PER CURIAM.

## O R D E R

Upon consideration of Virtual Creative Artists, LLC's unopposed motion to voluntarily dismiss the above-

2                    VIRTUAL CREATIVE ARTISTS, LLC v. SQUIRES

captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

The motion is granted. The appeal is dismissed. Each side shall bear its own costs and fees.

FOR THE COURT

September 25, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: September 25, 2025